UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID M CLAPPER; ATLANTIC MIDWEST LLC; and ATLANTIC XIII LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMERICAN REALTY INVESTORS, INC.; AMERICAN REALTY TRUST, INC.; TRANSCONTINENTAL REALTY INVESTORS, INC.; PILLAR INCOME ASSET MANAGEMENT, INC.; PRIME INCOME ASSET MANAGEMENT, INC.; PRIME INCOME ASSET MANAGEMENT LLC; EQK HOLDINGS, INC.; BASIC CAPITAL MANAGEMENT, INC.; and BRADFORD PHILLIPS,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:14-CV-02970-X |

## **ORDER**

    This is a lawsuit seeking to collect a federal judgment from a 2004 case. After reassignment to this court, the Court held a status conference to discuss trial and any pending issues. At the hearing, the defendants' counsel asked the Court to consider allowing motions for reconsideration of several prior rulings from judges formerly assigned to this case.

    The Court reviewed the rulings in question and agrees with the opinions and judgments of the prior judges. Accordingly, the Court will not entertain motions to reconsider prior rulings in this case. The Court will not move the May 3, 2021 trial date. By separate order, the Court will set forth its pretrial procedures.

**IT IS SO ORDERED** this 30th day of November, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE