UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID M CLAPPER, *et. al.*, | § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Civil Action No. 3:14-CV-02970-X |
| AMERICAN REALTY INVESTORS, INC., *et. al.*, | | |
| *Defendants*. | | |

# **MEMORANDUM OPINION AND ORDER**

The Plaintiffs sued the Defendants seeking to collect on a federal judgment, which the Plaintiffs claimed the Defendants avoided via allegedly fraudulent conveyances. The Court held a jury trial, and the jury returned a verdict fully in favor of the Defendants. The Defendants filed a Motion for Judgment based on the Verdict [Doc. No. 1051]. The Plaintiffs filed a Motion for Judgment as a Matter of Law [Doc. No. 1052] and a Motion for New Trial [Doc. No. 1054].

After carefully reviewing the briefings as well as the arguments and authorities therein, the Court **DENIES** the Plaintiffs' motion for judgment as a matter of law, **DENIES** the Plaintiffs' motion for new trial, and **GRANTS** the Defendants' motion for judgment based on the verdict. By separate order the Court will enter a final judgment consistent with the verdict.

**IT IS SO ORDERED** this 14th day of July, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE