UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID M CLAPPER, *et. al.*, § § § *Plaintiffs*, § § v. § § AMERICAN REALTY INVESTORS, § INC., *et. al.*, § § *Defendants*. § | Civil Action No. 3:14-CV-02970-X |

# FINAL JUDGMENT

This civil action was tried to a jury beginning on May 5, 2021. On May 20, 2021 the jury returned a verdict in favor of the defendants. By separate order, the Court has granted the defendants' motion for judgment based on the verdict. Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that this civil action is **DISMISSED WITH PREJUDICE.**

All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 14th day of July, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE